IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:10cr00119 SWW |
| | * | |
| | * | |
| THEODIS DIXSON, | * | |
| | * | |
| Defendant. | * | |

ORDER

The sentencing hearing scheduled for Thursday, August 4, 2011 at 1:00 p.m. is hereby continued. The Court will reschedule the hearing by separate order.

IT IS SO ORDERED this 3rd day of August 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE