# *IN THE UNITED STATES DISTRICT COURT*
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                                  PLAINTIFF

V.                              NO. 4:10CR00119-001 SWW

THEODIS DIXSON                                                         DEFENDANT

## **ORDER**

The defendant appeared for an initial appearance before U. S. Magistrate Judge J. Thomas Ray on March 17, 2016 on the government's motion for revocation of the conditions of supervised release after which defendant was detained pending a final revocation hearing.

IT IS THEREFORE ORDERED that the final hearing on the motion to revoke supervised release is scheduled to commence at *1:30 p.m. on MONDAY, MARCH 28, 2016, in Courtroom #389*, Richard Sheppard Arnold United States Courthouse, 600 West Capitol Avenue, Little Rock, Arkansas before U. S. District Judge Susan Webber Wright.

IT IS FURTHER ORDERED that previously retained counsel Ron Davis be replaced by Assistant Federal Public Defender Kim Driggers, who entered an appearance to represent defendant in all further proceedings in this matter.

DATED this 18th day of March 2016.

                                                                          /s/Susan Webber Wright
                                                                           UNITED STATES DISTRICT JUDGE