# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

vs.                              4:10CR00119-001  SWW

THEODIS DIXSON                                                  DEFENDANT

## ORDER

Pending before the Court is the defendant's unopposed motion to continue the hearing on the government's petition to revoke supervised release previously scheduled for March 28, 2016. The Court finds that this motion [doc #37] should be and hereby is granted.

IT IS THEREFORE ORDERED that the hearing is rescheduled for *TUESDAY, MAY 17, 2016 AT 10:00 A.M. IN COURTROOM #389.*

DATED this 22nd day of March 2016.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE