# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                     4:10CR00119 SWW
                        4:13CR00031 SWW

THEODIS DIXSON                                              DEFENDANT

## ORDER

Pending before the Court is the defendant's unopposed motion to continue the hearing previously scheduled May 17, 2016 [doc #41] to allow the parties to complete negotiations. The Court finds that the motion should be *granted*.

IT IS THEREFORE ORDERED that the hearing on the government's motion to revoke defendant's supervised release is continued until ***TUESDAY, JUNE 28, 2016 AT 1:00 P.M.***, in Courtroom #389, Richard Sheppard Arnold United States Courthouse, 600 W. Capitol Avenue, Little Rock, Arkansas.

If defendant violates the conditions of his supervised release prior to the date of this scheduled hearing, a revocation hearing may be scheduled immediately.

IT IS SO ORDERED this 12th day of May 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE